UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF NEW YORK

DOCKET NO:

JUDGES: 1:19-CV-394 DNH/CFH

DONALD JAMES COON

      PLTF.

ORIGINAL COMPLAINT & SUMMONS

V.

RENNSELEAR COUNTY CLERK FRANK MEROLA

5 JANE /JOHN DOES { IE CLERKS }

      DEFTS.

## PARTIES

DONALD J COON 289 5TH TROY NY 12180      518-502-8531

RENNS CTY CLERK FRANK MEROLA   105 3RD STREET TROY NY 12180    518-270-4080

JANE /JOHN DOE , CLERKS AT COUNTY CLERKS OFFICE  105 3RD STREET TROY NY 12180

## BACKGROUND INFO

I FILED SUIT IN FEDERAL COURT ALBANY NY IN 2015 ,THE CASE WAS SERVED BY US MARTSHALS AS PLTF COON WAS GIVEN INFORMA PAUPERIS STATUS ,CLAVERACK INS CO WAS SERVED OVER A 2 ½ MONTH TIME FRAME

MAGISTRATE JUDGE IN ALBANY REMOVED CLAVERACK INS CO AND POLICE CHIEF GEORGE BELL JR  FROM THE FEDERAL SUIT 1:16-CV-000291 IN 2017 STATING CLAIMS WERE STATE LAW AND NEEDED TO BE REFILED IN SUPREME COURT .PLTF COON FILED SAID CLAIMS IN RENNS CTY SUPREME COURT IN 2017 {1:16-CV-000291 IS STILL ACTIVE ON COURTS DOCKET }

PLTF COON FILED FOR5 AND RECEIVED POOR PERSON STATUE BY ORDER OF JUDGE ANDREW G CERESIA  IN 2017

ALL DURING THIS CASE PLTF COON CIVIL RIGHTS AND HIS ACCESS TO THE COURTS WERE DENIED BY FACTS

A. FRANK MEROLA DENIED PLTF COON HIS POOR PERSONS STATUS {WHEN COON BROUGHT IN THE ORDER BY JUDGE CERESIA MEROLA SAID IT WAS NO GOOD AND THEY WOULDN'T HONOR IT

B. PLTF COON BROUGHT THE ORDER IN 4 MORE TIMES SINCE 2017 FINALLY MARCH11 2019 A CLERK I HAD NEVER SEEN STAMPED THE JUDGES ORDER AND KEPT A COPY .

C. ALL THRU THIS SUIT PLTF COON HAD BEEN DENIED HIS RIGHTFUL BENEFITS AND ACCESS TO THE COURT , EVEN HAVING TO CHOOSE BETWEEN THE SUIT OR MY HOUSING I WENT THRU BEING HOMELESS FROM JAN 12 2018 THRU APRIL 24 2018

D. THE RENNS CTY SUPREME COURT CLERKS WROTE PLTF 2 TIMES THE COUNTY CLERKS STAFF HAD MADE ME PAY FOR RJI -MOTION I HAD ALREADY PAID FOR .THEY TOLD ME TO GIVE LETTER TO CLERK AND I WOULD GET MY MONIES BACK

IN CONCLUSION

PLTF DONALD J COON STATES HE IS JUST AND DUE COMPENSATION FOR THE ACTIONS OF RENNS CTY CLERK FRANK MEROLA AND HIS STAFF WHO REFUSED PLTF COON HIS GRANTED POOR PERSON STATUS FROM 2017 TILL MAY 11 2019 .PLTF COON STILL HASN'T RECEIVED A THING OR ANY HELP FROM THE GRANYTED STATUS BECAUSE RENNS CTY CLERKS OFFICE REFUSED TO GRANT MY SAID STATUS

DAMAGES DEMANDED IN THIS CASE   $1,500,000 FROM THE RENNS CTY CLERKS OFFICE

THAT ANY AND ALL OTHER BENEFITS I AM ENTITTLED TO AS WELL PUNITIVE AND COPENSATORY DAMES

DATED TROY NEW YORK THIS 2ND DAY OF APRIL 2019

DONALD J COON

289 5TH AVE

TROY NY 12180

518-502-8531