UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------

DONALD JAMES COON,

                       Plaintiff,

  -v-                                    1:19-CV-394
                                        (DNH/ATB)

FRANK MEROLA, Rensselaer County Clerk;
and JANE/JOHN DOES, Clerks at County
Clerk's Office,

                       Defendants.

---------------------------------

APPEARANCES:

DONALD JAMES COON
Plaintiff pro se
289 5th Avenue
Troy, NY 12180

DAVID N. HURD
United States District Judge

## DECISION and ORDER

      Pro se plaintiff Donald James Coon brought this civil rights action pursuant to 42 U.S.C. § 1983. On April 8, 2019, the Honorable Andrew T. Baxter, United States Magistrate Judge, advised by Report-Recommendation that plaintiff's complaint be dismissed without prejudice but that he be given an opportunity to amend. No objections to the Report-Recommendation have been filed.

Based upon a careful review of the entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole. See 28 U.S.C. § 636(b)(1).

Therefore, it is

ORDERED that

1. Plaintiff's complaint is DISMISSED without prejudice;

2. Plaintiff is provided forty-five (45) days from the date of this Decision and Order to file an amended complaint that cures the defects identified in the Report-Recommendation;

3. If plaintiff files a timely amended complaint, it be forwarded to the Magistrate Judge for review; and

4. If plaintiff fails to file an amended complaint within forty-five (45) days of the date of this Decision and Order, the complaint be dismissed with prejudice and without further order.

IT IS SO ORDERED.

_____
United States District Judge

Dated: May 3, 2019
      Utica, New York.